JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BARNER, | CV 11-3858 PA (SSx) |
| Plaintiff, | JUDGMENT |
| v. | |
| EGGOLOGY, INC.; YUDHBIR SHARMA; and KENNETH PETERSEN, | |
| Defendants. | |

Pursuant to the Court's July 6, 2011 Minute Order dismissing with prejudice the claims alleged by plaintiff Larry Barner ("Plaintiff") against defendant Eggology, Inc. and the October 20, 2011 Minute Order dismissing without prejudice the claims alleged against defendants Yudhbir Sharma and Kenneth Peterson (the "Federal Defendants"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims against Eggology, Inc. are dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims against the Federal Defendants are dismissed without prejudice.

//

//

//

      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that defendants shall have their costs of suit.

      IT IS SO ORDERED.

DATED: October 20, 2011

                                                Percy Anderson
                                 UNITED STATES DISTRICT JUDGE